```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 08566
    JULIE A BONNETT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-9566


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 04/09/2008 and was confirmed 06/12/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 09/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AMERICAS FINANCIAL CHOIC  UNSECURED          413.67           .00            .00
TCF FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
TCF FINANCIAL SERVICES    UNSECURED       NOT FILED           .00            .00
AMERICAN                  UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          602.50           .00            .00
CASHCALL INC              UNSECURED         4630.39           .00            .00
FOUNDATION EMERGENCY SER  UNSECURED       NOT FILED           .00            .00
US CELLULAR               UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED           .00            .00
COMCAST                   UNSECURED       NOT FILED           .00            .00
COMCAST                   UNSECURED       NOT FILED           .00            .00
ROBERT J ADAMS & ASSOC    SECURED           5200.00           .00            .00
DRIVE FINANCIAL SVC       UNSECURED        10291.96           .00            .00
FAST CASH ADVANCE         UNSECURED         1130.06           .00            .00
LVNV FUNDING              UNSECURED          575.41           .00            .00
GLOBAL PAYMENTS           UNSECURED       NOT FILED           .00            .00
HSBC BANK NEVADA NA       UNSECURED          534.92           .00            .00
HSBC BANK NEVADA NA       UNSECURED          516.21           .00            .00
MTI                       UNSECURED       NOT FILED           .00            .00
B-REAL LLC                UNSECURED         1609.05           .00            .00
NDC CK SVC                UNSECURED       NOT FILED           .00            .00
DRIVE FINANCIAL SERV/FIR  UNSECURED       NOT FILED           .00            .00
DEVON FINANCIAL SERVICE   UNSECURED          290.29           .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          603.63           .00            .00
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00            .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE        .00            .00            .00
COOK COUNTY TREASURER     SECURED           1568.39           .00            .00
CITY OF CHICAGO WATER DE  SECURED            140.00           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         4352.52           .00            .00
ASSET ACCEPTANCE CORP     UNSECURED         1953.08           .00            .00
CHASE HOME FINANCE        NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,464.00                        483.00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08566 JULIE A BONNETT
```

```
TOM VAUGHN                  TRUSTEE                                    42.00
DEBTOR REFUND               REFUND                                    335.65

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       860.65

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                      483.00
TRUSTEE COMPENSATION                                 42.00
DEBTOR REFUND                                       335.65
                            ---------------   ---------------
TOTALS                        860.65                860.65
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/22/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE